UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **ALLISON ADKINS,** on behalf of herself and others similarly situated,<br><br>**Plaintiff,**<br><br>-v-<br><br>**GENERAL REVENUE CORPORATION,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)  Case No.: 1:20-cv-1242-JPH-MJD<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF EXTENSION OF TIME

Pursuant to S.D. Ind. Local Rule 6-1(b), Defendant General Revenue Corporation ("GRC") provides notice of an extension of twenty-eight (28) days within which to move, Answer or otherwise plead in response to Plaintiff's Complaint. The Complaint was served on April 29, 2020 and GRC's original deadline to respond is May 20, 2020. The extended deadline is now June 17, 2020. Plaintiff's counsel has consented to the extension. The deadline has not been previously extended and the extension does not interfere with any Case Management Plan, scheduled hearings, or other case deadlines.

        Respectfully submitted,

        */s/ Steven C. Coffaro*
        Steven C. Coffaro (19767-15)
        Jacob D. Rhode*
        Amanda B. Stubblefield*
        Kyle R. Miller*
        KEATING MUETHING & KLEKAMP PLL
        One East Fourth Street
        Suite 1400
        Cincinnati, OH  45202
        Tel: (513) 579.6400
        Fax: (513) 579.6457
        steve.coffaro@kmklaw.com
        jrhode@kmklaw.com
        astubblefield@kmklaw.com
        kmiller@kmklaw.com
        *Attorneys for Defendant,*
        General Revenue Corporation

        *Pro Hac Vice or Bar Applications Forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Extension of Time was filed electronically using the Court's CM/ECF filing system on May 15, 2020, which will cause notice to be delivered to the following:

| | |
|---|---|
| David J. Philipps | John T. Steinkamp |
| Mary E. Philipps | JOHN T. STEINKAMP & ASSOCIATES |
| Angie K. Robertson | 5214 S. East Street |
| PHILIPPS & PHILIPPS, LTD. | Suite D1 |
| 9760 S. Roberts Road | Indianapolis, Indiana 46227 |
| Suite One | John@johnsteinkampandassociates.com |
| Palos Hills, Illinois 60465 | |
| davephilipps@aol.com | |
| mephilipps@aol.com | |
| angie@philippslegal.com | |

        */s/ Steven C. Coffaro*
        Steven C. Coffaro

9992797.1

9992797.1