AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| Allison Adkins, individually and on behalf of all others similarly situated, *Plaintiff* <br> v. <br> General Revenue Corporation, an Ohio corporation, *Defendant* | Civil Action No. 1:20-cv-1242  -JPH-MJD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  General Revenue Corporation
c/o CT Corporation System, as registered agent
150 W. Market Street
Suite 800
Indianapolis, Indiana 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/27/2020 _____   _____
*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Indiana

Case Number: 1:20-CV-1241-JPH-MJD

Plaintiff:
**ALLISON ADKINS, individually and on behalf of all others similarly situated**

vs.

Defendant:
**GENERAL REVENUE CORPORATION, an Ohio corporation**



LSM2020000050

For:
David J Philipps
Philipps & Philipps
9760 S Roberts Road
Suite One
Palos Hills, IL 60465

Received by Express Legal Services, Inc. on the 28th day of April, 2020 at 11:41 am to be served on **GENERAL REVENUE CORPORATION C/I CT CORPORATION SYSTEM, AS REGISTERED AGENT, 150 W MARKET ST, SUITE 800, INDIANAPOLIS, IN 46204**.

I, Carly Griffin, do hereby affirm that on the **29th day of April, 2020** at **11:47 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action and Complaint- Class Action with Exhibits** with the date and hour of service endorsed thereon by me, to: **Patrick Jones** as **Authorized** for **GENERAL REVENUE CORPORATION**, at the address of: **150 W MARKET ST, SUITE 800, INDIANAPOLIS, IN 46204**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 180, Hair: Brown, Glasses: N

I, Carly Griffin, declare under penalty of perjury that I am over the age of 18, have no interest in the foregoing matter and the foregoing is true and correct.

Carly Griffin
Process Server

5/8/20
Date

**Express Legal Services, Inc.**
41 S Post Road
Indianapolis, IN 46219
(317) 756-9311

Our Job Serial Number: LSM-2020000050
Ref: ADKINS

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m