UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALLISON ADKINS individually and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br><br>                  v.<br><br>GENERAL REVENUE CORPORATION,<br><br>                     Defendant. | ) ) ) ) ) ) ) ) ) ) ) )    No. 1:20-cv-01242-JPH-MJD |

**ORDER DIRECTING FILING OF DOCUMENTS AUTHORIZING DISMISSAL**

The Court has been advised by counsel that a resolution has been reached in this action. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

**On or before November 6, 2020**, counsel for the parties shall file a motion to dismiss this cause and submit an order for the Court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the parties). Additional time to complete the execution of the necessary documents may be granted for good cause shown, if requested in writing before expiration of this period.

SO ORDERED.

Dated:   17 JUL 2020

                                                Mark J. Dinsmore
                                                United States Magistrate Judge
                                                Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.