## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| Allison Adkins, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>General Revenue Corporation, an Ohio corporation,<br>    Defendant. | )<br>)<br>)<br>)<br>) No. 1:20-cv-01242-JPH-MJD<br>)<br>)<br>)<br>)<br>) |

> The Court acknowledges the Stipulation of Dismissal, dkt. 24. JPH, 10/21/2020 Distribution via ECF.

### STIPULATION OF DISMISSAL

The parties, having reached a settlement of Plaintiff's individual claims against the Defendant, hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and dismissal of the claims of the putative class members without prejudice, each party to bear their own attorneys' fees and costs.

Dated: October 20, 2020

| One of Plaintiff's Attorneys | One of Defendant's Attorneys |
|---|---|
| /s/ David J. Philipps<br>David J. Philipps (Ill. Bar No. 06196285)<br>Philipps & Philipps, Ltd.<br>9760 S. Roberts Road<br>Suite One<br>Palos Hills, Illinois 60465 | /s/ Jacob D. Rhode (w-permission)<br>Jacob D. Rhode (OH. Bar No. 0089636)<br>Keating Muething & Klekamp, PLL<br>One East Fourth Street<br>Suite 1400<br>Cincinnati, Ohio 45202 |

The foregoing stipulation is hereby approved and Plaintiff's individual claim is hereby dismissed with prejudice and those of the putative class members are dismissed without prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____, 2020

ENTERED:

_____
Judge, United States District Court